JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUN - 9 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Dennis H. Doss, Bar # 81839
DOSS LAW
2020 Main Street, Suite 950
Irvine, CA 92614
Telephone: (949) 757-8200
Fax: (949) 752-5741
E-mail: dennis@dosslaw.com

Attorneys for Plaintiffs DENNIS H. DOSS and SUSAN A. DOSS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS H. DOSS and SUSAN A. DOSS, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>CHASE BANK USA, a national banking association,<br><br>Defendant. | Case No. CV102702-AHM-RC<br>Judge: A. Howard Matz<br>Courtroom: 14<br><br>(Civil Case)<br><br>**REQUEST FOR DISMISSAL** |

The parties having settled their dispute, Plaintiffs, Dennis H. Doss and Susan A. Doss, request the Court to dismiss this action with prejudice. Costs have been addressed as part of the settlement. The Defendant was served, but the matter was settled before it was required to file a responsive pleading.

DATED:   June 7, 2010                                    DOSS LAW

                                                         /s/ Dennis Doss
                                                         _____
                                                         DENNIS H. DOSS, Attorney for
                                                         Plaintiffs DENNIS H. DOSS and SUSAN A. DOSS

IT IS SO ORDERED
Dated: JUN - 9 2010
_____
United States District Judge

1

REQUEST FOR DISMISSAL